IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:99CR223 |
| | ) | |
| V. | ) | |
| | ) | |
| CHARLES A. MCNEAL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

At the request of the probation officer,

IT IS ORDERED that the Request for Modifying Conditions of Release and the related Order (filing 57) are set aside and held for naught.

DATED this 14th day of December, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge