IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:99CR223 |
| v. | ) | MEMORANDUM AND ORDER |
| CHARLES A. MCNEAL, | ) | |
| Defendant. | ) | |

Pursuant to the defendant's request, and with the agreement of defendant's assigned probation officer and the government,

IT IS ORDERED:

1) The Marshal shall transport the defendant to its holding facility at the courthouse in Lincoln on the morning of Friday, December 17, 2010 for transport by the Federal Public Defender to the Open Door Mission in Omaha, Nebraska.

2) The Marshal shall release the defendant to the Federal Public Defender no later than 11:30 a.m. so the defendant can be transported and timely arrive at the Open Door Mission for his scheduled 1:00 p.m. appointment.

3) In the event the defendant is accepted by the Open Door Mission, he shall remain and reside at that facility, fully comply with its rules and requirements, and complete the recommended drug treatment program.

4) If the defendant is not accepted into the Open Door Mission on December 17, 2010, he shall be returned by the Federal Public Defender to the U.S. Marshal's custody in Omaha.

5) In the event that the defendant is discharged from the Open Door Mission for any reason whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court.

December 15, 2010.

BY THE COURT:
s/ Cheryl R. Zwart
United States Magistrate Judge