IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 8:99CR223 |
| ) | |
| CHARLES MCNEAL, ) | |
| ) | |
| Defendant. ) | |

## ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Revocation Hearing, filing 68, now set for February 23, 2011, at 1:30 p.m. until a date certain in approximately 30 days. The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until the 17th day of March, 2011, at 12:00 noon. The defendant is ordered to appear at such time.

Dated February 17, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge